IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MELVIN JAMES,                              )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )          CV 125-304
                                           )
AIMEE SMITH; MICHAEL A. OLDHAM;            )
VANESSA SASSANO; and HAYWARD               )
ALTMAN,                                    )
                                           )
          Defendants.                      )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____18th_____ day of March, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA